1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHAEL D. ANDERSON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2758

# FILED

JUL 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF:    )    S.W. NO. 12-SW-224-GGH
                                       )
12 | 2002 E. Home Street, Fresno, CA    )    [PROPOSED] ORDER
                                       )    FOR UNSEALING WARRANT AND
13 |                                    )    SEARCH WARRANT AFFIDAVIT
                                       )
14 |                                    )
                                       )
15 |                                    )
                                       )
16 | _____)

17        The government's request to unseal the Search Warrant and this

18 | case is GRANTED.

19 | SO ORDERED:

20 | DATED: July 2□ , 2012

HON. KENDALL J. NEWMAN
21                                     U.S. Magistrate Judge

22

23

24

25

26

27

28